

**ORDERED in the Southern District of Florida on July 18, 2021.**

*(signature)*

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**

In re:                                                                                          Case No. 17-19337-LMI
                                                                                                 Chapter 13

**Jose Manuel Castaneda**
_____Debtor.___/

### ORDER GRANTING MOTION
### TO ALLOW SALE OF HOMESTEAD PROPERTY

THIS CASE CAME before the Court on the consent calendar on July 13, 2021 upon Debtor's Motion to Allow Sale of Homestead Property [DE#86], and based on the record, it is:

**ORDERED AND ADJUDGED**:

1. That the debtor's Motion to Allow Sale of Homestead Property is GRANTED.
2. Debtor is hereby authorized to sell the property located at 1333 NW 1st Avenue, Homestead, FL 33030.
3. Secured Creditor shall receive its full payoff pursuant to an updated payoff statement good through the close of escrow.
4. Secured Creditor's lien shall attach to the proceeds of the sale until such time as the Secured Creditor's lien is fully satisfied from the proceeds.
5. The sale of the homestead property shall be subject to secured creditor's approval.

###

Submitted By:
**LAW OFFICES OF PATRICK L CORDERO, PA**
Attorney for Debtor(s)
7333 Coral Way
Miami, FL 33155
(305) 445-4855

Attorney **Patrick L. Cordero** is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.